IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01646-MSK-CBS

CAROL CLYNE,

    Plaintiff,

v.

RAY WALTERS,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that parties' Joint Motion to Vacate and Reschedule December 16, 2008 Settlement Conference (*doc. #18*) is GRANTED. The settlement conference set for December 16, 2008 is **VACATED**.

    IT IS FURTHER ORDERED that a telephonic status conference will be held on **January 20, 2009 at 8:30 p.m. (Mountain Time)** for purposes of discussing the resetting of the settlement conference. Counsel shall coordinate to create a conference call, then contact the Court at (303) 844-2117 to participate in the hearing.

**DATED:**    December 12, 2008