IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 08-cv-01646-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: January 20, 2009 | Courtroom Deputy: Nel Steffens |

*Parties:*                                                                      *Counsel:*

CAROL CLYNE,                                                     Michael Baty

    Plaintiff,

v.

RAY WALTERS,                                                     John Martin

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC MOTIONS HEARING AND STATUS CONFERENCE**
**Court in Session:** 8:29 a.m.
Court calls case. All counsel appear by telephone.

Discussion regarding status of case.

**ORDERED: 1.** **The Plaintiff's Motion for Leave to File Motion to Amend Complaint Out of Time (#24, filed December 23, 2008) is GRANTED. The First Amended Complaint is accepted for filing today.**

**ORDERED: 2.** **The Stipulated Motion to Modify Scheduling Order (#29, filed January 16, 2009) is GRANTED. Deadlines are modified as detailed in the motion.**

**ORDERED: 3.** **A full-day Settlement Conference is set for April 7, 2009 at 9:00 a.m.**

Regarding the Settlement Conference:
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement

Conference.

Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Shaffer **on or before March 30, 2009,** outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

Hearing concluded.

**Court in recess**:     **8:37 a.m.**
Total time in court:     00:08

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.