IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01646-MSK-CBS

CAROL CLYNE,

     Plaintiff,

v.

RAY WALTERS,

     Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that Defendant's Motion for Leave to Amend Answer to Add an Affirmative Defense Based on the Statute of Frauds *(doc. # 63)* is GRANTED.  Defendant Walters' Amended Answer to Plaintiff Carol Clyne's First and Second Claims for Relief in the First Amended Complaint and Affirmative Defenses *(doc no. 63-6)*, tendered to the court on April 1, 2009, is accepted for filing as of the date of this order.

     IT IS FURTHER ORDERED that Plaintiff may move to reopen depositions upon a showing of good cause pursuant to Rule 30(a)(2)(ii)/

**DATED:**     April 24, 2009