IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01646-MSK-CBS

CAROL CLYNE,

    Plaintiff,

v.

RAY WALTERS,

    Defendant.

_____

### ORDER AND NOTICE OF EVIDENTIARY HEARING
_____

THIS MATTER comes before the Court on the Parties' Joint Motion Under Fed.R.Evid. 702 **(#81)**. Based thereon,

**IT IS ORDERED** that:

(1) A three-hour evidentiary hearing is set for **September 22, 2009,** at **8:30 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.

(2) To enable the parties to prepare for the hearing, any party intending to offer exhibits or call witnesses at the hearing shall, at least **three business days prior to the hearing**, provide copies of all proposed exhibits (pre-marked) and a list of witnesses to all counsel.

(3) Evidence will not be received by telephone or declaration, nor will parties be permitted to appear by telephone.

DATED this 8th day of July, 2009.

                              **BY THE COURT:**

*[signature: Marcia S. Krieger]*

                              Marcia S. Krieger
                              United States District Judge