**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:    Patricia Glover            Date: September 22, 2009
Court Reporter:      Paul Zuckerman

Civil Action No.  08-cv-01646-MSK-CBS

*Parties*:                                       *Counsel*:

CAROL CLYNE,                                      Michael W. Baty

       Plaintiff,

v.

RAY WALTERS,                                     John D. Martin

       Defendant.

---

## COURTROOM MINUTES

---

HEARING:   Evidentiary - Rule 702

**9:02 a. m.        Court in session**

Plaintiff begins to state what it believes are the contested Opinions in Ms. Lutz' report.

**9:08 a.m.        Court in recess**
**9:55 a.m.        Court in session**

Statements from both counsel in response to the Court's questions.

The parties concur that at issue for this hearing is whether the methodology used by Ms. Lutz is reliable or sufficiently reliable to allow her to express the ultimate opinion.

**Witness sworn  for the plaintiff : Shari Lutz:**
**10:13 a.m.**     Direct Examination by Mr. Baty.

Cross examination of witness by Mr. Martin.

Re-direct examination of witness by Mr. Baty.

The Court questions the witness.

Further cross examination of witness by Mr. Martin.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2


**12:11 p.m.      Court in recess**
**1:34 p.m.       Court in session**

Argument by counsel.

**ORDER**:      Joint Motion for Ruling Fed. R. Evid. 702 (**Doc. #81**) is **GRANTED**.

Oral findings are made of record and incorporated herein.

**ORDER:**      For purposes of Rule 702 an adequate foundation has been established for
admission of Ms. Lutz's ultimate opinion.

**2:10 p. m.     Court in recess.**

**Total Time:    2 hours 58 minutes.**
**Hearing concluded.**